UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Lawrence Colon

(Enter above the full name of plaintiff in this action)

v.

LT. T. Frontino
Federal Bureau
of Prisons

(Enter above the full name of the defendant(s) in this action)

CIVIL CASE NO: 3:21-CV-0027
(to be supplied by Clerk of the District Court)

FILED
SCRANTON
JAN 07 2021
PER _____
DEPUTY CLERK

COMPLAINT

1. The plaintiff Lawrence Colon a citizen of the County of Monroe State of Pennsylvania, residing at 931 Toll Rd Effort PA 18330 wishes to file a complaint under 8th amendment united States bill of Rights (give Title No. etc.)

2. The defendant is an employee of the federal bureau of prison

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) Lt. T Frontino

LT. T. frontino

3. (CONTINUED) Called me down to his office to question me about an Incident that happend in the unit I was Residing in when I got to his office Lt T frontino Said the following, If you get up from your sest I will smash your head against the wall I said if you say that again I will walk away, he said It again and I got up and walked out of the office when I walked out Lt. T frontino use an Illegal choke hold on me a smashed my head against the wall 3 times.

4. WHEREFORE, plaintiff prays that The Court would grant the plaintiff the sum of 10,800,000 for Pain and Suffering from the assault and Battery from LT. T frontino and he is to pay all fees from the court and I also ss the Court for LT. T. frontinos Termination

L Colon
(Signature of Plaintiff)



Envelope addressed:

U.S. district Court
Middle district of PA
PO Box 1149

William J Nealon federal Bldg
and U.S. Court House
235 N. Washington avenue
Scranton PA 18503

RECEIVED SCRANTON
JAN 07 2021
PER ___ DEPUTY CLERK

