# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAWRENCE COLON, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:21-0027 |
| v. | : | (JUDGE MANNION) |
| LT. T. FRONTINO, et al., | : | |
| Defendants | : | |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. Pursuant to the screening provisions of the Prison Litigation Reform Act, Plaintiff's complaint (Doc. 1) is **DISMISSED WITH PREJUDICE** for being barred by the statute of limitations, and thus, for failure to state a claim upon which relief can be granted and without leave to file an amended complaint as it would be futile.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not in good faith. See 28 U.S.C. §1915(a)(3).

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

DATE: April 27, 2021
21-0027-01-ORDER